■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENIN RIOS, Appellant. [643 NYS2d 1007]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, O'Brien and Ritter, JJ., concur.